Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUN LIN LIU** *individually and on behalf of all other employees similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**NEW DICKSON TRADING, LLC**, *et al.*,<br><br>Defendants. | Civil Action No.: 21-15779 (ES) (JRA)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is plaintiff Jun Lin Liu's ("Plaintiff") motion for default judgment against defendants New Dickson Trading, LLC and Nan Sheng Jiang (together, "Defendants") (D.E. No. 12); and the Court having considered Plaintiff's submissions and having decided this matter without oral argument, *see* Fed. R. Civ. P. 78(b); *see also* L. Civ. R. 78.1(b); and for the reasons stated in the Court's accompanying Opinion,

IT IS on this 30th day of May 2023,

**ORDERED** that the motion for default judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered against Defendants in the amount of **$101,740.99**, consisting of $36,563.43 in compensatory damages, $45,139.71 in liquidated damages, $19,415.00 in reasonable attorney's fees, and $622.85 in costs; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** docket entry number 12 and **CLOSE THIS CASE**.

*s/ Esther Salas*
_____
**Esther Salas, U.S.D.J.**